In the MATTER OF a MEMBER OF THE BAR of the Supreme Court of the State of Delaware: Melissa E. CARGNINO, Petitioner.

No. 563, 2015

Supreme Court of Delaware.

Submitted: October 16, 2015
Decided: October 19, 2015

ODC File No. 112607–A

Transferred to Disability Inactive Status.